JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAIAS SANDOVAL,** ) | **NO. CV 17-6711-SJO  (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **W.L. MONTGOMERY, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    July 18, 2018

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE